# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Craig W. Broadbent<br>Attorney at Law, Arizona Bar No. 029032 | Case No. 2:22-ms-00048<br><br>ORDER OF SUSPENSION |

On September 8, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail and electronic mail. (ECF No. 1.) The OSC provided Mr. Broadbent with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court and have his his *pro hac vice* admission revoked. No response has been received from Mr. Broadbent. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Craig W. Broadbent, Arizona Bar No. 029032, is hereby suspended from practice in the United States District Court for the District of Nevada and his *pro hac vice* admission in *Tasty One, LLC v. Earth Smarte Water, LLC*, Case No. 2:20-cv-01625-APG-NJK (D. Nev. Filed Sept. 2, 2022) is revoked.

DATED THIS 24th Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th Day of October 2022, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Craig W. Broadbent
>Saddleworth Law, PLLC
>4742 N. 24th St., Ste. 300
>Phoenix, AZ 85016-9107

Certified Mail No.: 7020 3160 0000 7420 2534

Electronic Mail to: Craigb@saddleworthlaw.com

>/s/ Amber F.
>Deputy Clerk
>United States District Court,
>District of Nevada